JS-6

cc: Fiscal

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| OKLEVUEHA NATIVE AMERICAN CHURCH OF WHITE SAGE and DANIEL BENITEZ,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN BERNARDINO; JOSE A. GUILLEN; JODI MANSFIELD; M. GILLESPIE; OFFICER HERLINDA RODRIGUEZ; OFFICER CASTRO; OFFICER A. SAIGENE; OFFICER A. PETREE; OFFICER KANTHROW; and DOE OFFICERS 1-7,<br><br>Defendants. | Case No. EDCV 19-1001 JGB (SPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrent herewith,

IT IS HEREBY ADJUDGED that Plaintiffs' Complaint is dismissed without leave to amend. Plaintiff Oklevueha Native American Church of White Sage and Plaintiff Daniel Benitez are each ORDERED to tender $500 as a court fine to the

1 | Clerk of the Court for the United States District Court, Central District of
2 | California by August 30, 2019.

 Dated: August 6, 2019

_____
THE HONORABLE JESUS G. BERNAL
United States District Judge